Same case below, 357 Fed. Appx. 20.

**No. 09-9918. Stephen Alan Alberts, II, Petitioner v. Wheeling Jesuit University, et al.**

560 U.S. 913, 130 S. Ct. 3310, 176 L. Ed. 2d 1200, 2010 U.S. LEXIS 4026, ■

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 363 Fed. Appx. 276.

**No. 09-9966. Gary S. Hann, Petitioner v. Michigan.**

560 U.S. 914, 130 S. Ct. 3310, 176 L. Ed. 2d 1200, 2010 U.S. LEXIS 4029.

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Michigan denied.

Same case below, 484 Mich. 865, 769 N.W.2d 667.

**No. 09-9967. Thomas R. Lord, Petitioner v. E. K. McDaniel, Warden, et al.**

560 U.S. 914, 130 S. Ct. 3310, 176 L. Ed. 2d 1200, 2010 U.S. LEXIS 4077.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9983. Phillip Thomas Cason, Petitioner v. District of Columbia Department of Corrections, et al.**

560 U.S. 914, 130 S. Ct. 3314, 176 L. Ed. 2d 1200, 2010 U.S. LEXIS 3920.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 09-10004. Dave A. Richards, Petitioner v. Kathleen MacDonald, Judge, Circuit Court of Michigan, Wayne County, et al.**

560 U.S. 914, 130 S. Ct. 3297, 176 L. Ed. 2d 1200, 2010 U.S. LEXIS 3932.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10008. Tommy Carver, Petitioner v. Boyd Bennett, et al.**

560 U.S. 914, 130 S. Ct. 3297, 176 L. Ed. 2d 1200, 2010 U.S. LEXIS 4076, ■

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 353 Fed. Appx. 859.

**No. 09-10013. Timothy Alan Fortenberry, Petitioner v. United States.**

560 U.S. 914, 130 S. Ct. 3297, 176 L. Ed. 2d 1200, 2010 U.S. LEXIS 4062.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 350 Fed. Appx. 906.